IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


LEONARD TAYLOR,

                Plaintiff,

v.                                                 3:10cv76-WS

FLORIDA DEPARTMENT OF CORRECTIONS,
et al.,

                Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       Before the court is the magistrate judge's report and recommendation docketed

May 23, 2012.  See Doc. 27.  The magistrate judge recommends that this case be

dismissed without prejudice for failure to comply with the court's instructions regarding

the filing of an amended complaint.  The plaintiff has filed objections (docs. 29 & 30) to

the report and recommendation.

       Having considered the record in light of the plaintiff's objections, the court finds

that the magistrate judge's report and recommendation should be adopted.

       Accordingly, it is ORDERED:

       1.  The magistrate judge's report and recommendation (doc. 27) is hereby

ADOPTED and incorporated by reference into this order.

2.  The plaintiff's fifth amended complaint (doc. 24) and this action are

DISMISSED without prejudice.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED without

prejudice."

DONE AND ORDERED this ____15th____ day of  ____June___, 2012.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE