IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


LEONARD TAYLOR,

        Plaintiff,

v.                                                                3:10cv76-WS

FLORIDA DEPARTMENT OF CORRECTIONS,
et al.,

        Defendants.

<u>ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION</u>

Before the court is the magistrate judge's report and recommendation docketed May 23, 2012.  <u>See</u> Doc. 27.  The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with the court's instructions regarding the filing of an amended complaint.  The plaintiff has filed objections (docs. 29 & 30) to the report and recommendation.

Having considered the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 27) is hereby ADOPTED and incorporated by reference into this order.

2.  The plaintiff's fifth amended complaint (doc. 24) and this action are DISMISSED without prejudice.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this <u>   15th   </u> day of <u>   June   </u>, 2012.

<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE